## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LINDA L. COLEMAN** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | CIVIL NO. L-04-2295 |
| | : | |
| **TALBOT COUNTY DETENTION** | : | |
| **CENTER** | : | |
| **Defendant.** | : | |
| | : | |

### MEMORANDUM

This is a hostile environment and retaliation suit brought by Plaintiff Linda L. Coleman ("Coleman" or "Plaintiff") against the Talbot County Detention Center ("Detention Center" or "Defendant"). Now pending are (i) Coleman's motion for leave to amend the Complaint; and (ii) Defendant's motion to dismiss. For the reasons stated herein, the Court will, by separate Order filed this date:

(i) GRANT Coleman's motion for leave to amend the Complaint; and

(ii) DENY AS MOOT Defendant's motion to dismiss.

**I.   BACKGROUND**

On July 19, 2004, Coleman filed the Complaint in the instant action. The Complaint alleges (i) hostile environment based on race in violation of Title VII; (ii) retaliation in violation of Title VII; (iii) hostile environment based on gender in violation of 42 U.S.C. § 1983; and (iv) retaliation in violation of 42 U.S.C. § 1983.

On August 31, 2004, Defendant filed a motion to dismiss the Complaint, arguing that the Talbot

County Detention Center is not a legal entity capable of being sued.  On September 17, 2004, in response to the motion to dismiss, Coleman filed a motion for leave to amend the Complaint.  The amended complaint names Talbot County, Maryland as an additional defendant.

## II. ANALYSIS

### A. Motion for Leave to Amend the Complaint

Federal Rule of Civil Procedure 15(a) states that "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served."  The law is clear that a motion to dismiss is not a responsive pleading for purposes of Rule 15(a).  Smith v. Blackledge, 451 F.2d 1201, 1203 n.2 (4th Cir. 1971); 6 Charles A. Wright, et al., Federal Practice and Procedure § 1483 (2d ed. 1990).  Coleman may amend the Complaint as a matter of right.  Accordingly, the Court will GRANT Plaintiff's motion to amend the Complaint.

### B. Motion to Dismiss

Because Coleman will file an amended complaint, the Court will DENY AS MOOT Defendant's motion to dismiss the original complaint.

## III. CONCLUSION

For the reasons stated herein, the Court will, by separate Order filed this date:

(i) GRANT Coleman's motion for leave to amend the Complaint (Docket No. 7); and

(ii) DENY AS MOOT Defendant's motion to dismiss (Docket No. 4).

Dated this _26th__ day of May, 2005.

_____/s/_____
Benson Everett Legg
Chief Judge